UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Heifer Rengifo Valencia</u>

    v.                                      Case No. 23-cv-292-SM

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>q</u>uoting <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                                      _____
                                                      Steven J. McAuliffe
                                                      United States District Judge

Date: January 19, 2024

cc:  Heifer Rengifo Valencia, pro se
      Anna Dronzek, AUSA